# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0553
_____

RICO JONES,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

December 27, 2023

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rico Jones, pro se, Appellant.

Ashley Moody, Attorney General, and Christopher Baisden, Senior Assistant Attorney General, Tallahassee; Rana Wallace, General Counsel, and Mark Hiers, Deputy General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellees.